

## IN THE
## TENTH COURT OF APPEALS

### No. 10-16-00387-CV

**TILL MARCHELLE CHUMBLEY-WILLIAMS,**

**Appellant**

 **v.**

**HARMONY COMMUNITY HOMEOWNERS
ASSOC., LLC,**

**Appellee**

**From the 443rd District Court
Ellis County, Texas
Trial Court No. 94327**

### MEMORANDUM OPINION

Till Marchelle Chumbley-Williams appeals a default judgment rendered against her on November 14, 2016. By letter dated December 14, 2016, the Clerk of this Court notified Chumbley-Williams that her docketing statement was past due. Chumbley-Williams was warned in the same letter that failure to file the docketing statement within 21 days from the date of the letter would result in the appeal being dismissed without further notification. *See* TEX. R. APP. P. 42.3 (b), (c). More than 21 days have passed, and Chumbley-Williams has failed to file her docketing statement.

Accordingly, this appeal is dismissed. *Id.*

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Chumbley-Williams filed an affidavit of inability to pay cost in the trial court. The Ellis County District Clerk filed a contest. As of this date, it does not appear that a hearing has been held on the contest in the trial court. Under these circumstances, we suspend the rule and order the Clerk of this Court to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. Moreover, no appellate cost will be awarded to or assessed against any party.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 25, 2017
[CV06]

